# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 22-10013-TPA** |
| | : | |
| Kevin E. Vandyke and | : | |
| Samantha Ruth Vandyke, | : | **CHAPTER 13** |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**KEVIN:**

**NONE**

**SAMANTHA:**

**November 19, 2021**

**December 3, 2021**

**December 17, 2021**

**December 30, 2021**

**Next Payment Advice Expected (post-filing):**

**KEVIN:**

**NONE**

**SAMANTHA:**

**January 14, 2022**

K.D.

# VANDYKE, KEVIN & SAMANTHA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :       CASE NO. 22-10013-TPA
                                        :
Kevin E. Vandyke and                    :
Samantha Ruth Vandyke,                  :       CHAPTER 13
              Debtors                   :
                                        :
Kevin E. Vandyke,                       :
              Movant                    :

## VERIFICATION REGARDING PROOF OF INCOME

I, Kevin E. Vandyke, hereby state as follows:

1.) I am retired; therefore I am unable to provide the prior (6) six months pay advices.

2.) I receive Social Security Benefits in the amount of $2,351.00 per month.

3.) I also receive a Third Party Sick payment from Met Life in the amount of $294.01.

4.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.

5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>January 21, 2022</u>                     <u>/s/ Kevin E. Vandyke</u>
                                            Debtor

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Samantha R VanDyke | Personnel Number..... 00708568 |
| 53 Watson Road | Transportation Pyrl Area 3 |
| Mercer PA  16137 | Pay Period.. 10/23/2021 - 11/05/2021 |
| | Fed Tax Status: Married, Withhold at Higher |
| | Fed Tax Allowances: 00   Period: 23/2021 |
| B/U:B1    Group:04    Level:05 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 11/19/2021 | 890.83 = | 1,505.25 | + | 0.00 | - | 300.37 | - | 314.05 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.07 | 67.50 | 1,354.73 | 27,301.90 |
| Annual Leave Pay | | | | 1,890.07 |
| Sick Leave Pay | | | | 1,563.89 |
| Sick Bereavement Leave | 20.07 | 7.50 | 150.52 | 297.37 |
| Sick Family Leave | | | | 146.85 |
| Emergency Sick | | | | 1,298.70 |
| Holiday/Comp lieu Holiday | | | | 1,168.28 |
| OT 1.0 | | | | 163.54 |
| OT 1.5 | | | | 1,183.26 |
| Total Gross | | | 1,505.25 | 35,013.86 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 129.40 | 3,038.94 |
| TX EE Social Security Tax | 88.91 | 2,070.80 |
| TX EE Medicare Tax | 20.79 | 484.30 |
| State          Pennsylvania | | |
| TX Withholding Tax | 44.03 | 1,025.45 |
| TX EE Unemployment Tax | 0.90 | 21.01 |
| Local          East Lackawannock Township | | |
| TX Withholding Tax | 14.34 | 333.97 |
| Local          Mercer Borough | | |
| TX Local Services Tax | 2.00 | 46.00 |
| EE Taxes | 300.37 | 7,020.47 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.63 | 841.68 |
| MED Buy Up/Base Cost | 33.57 | 772.11 |
| PAC - AFSCME AFL-CIO | 4.00 | 92.00 |
| St Emp Comb Appeal (SECA) | 2.00 | 46.00 |
| Disability Ins-Trustmark | 28.83 | 663.09 |
| Long Term Disability Ins | 7.82 | 179.54 |
| AFSCME - 13 Union Dues | 22.58 | 505.08 |
| Roth 457 | 37.63 | 842.86 |
| Full Cov Class A4/Cat 0 | 139.99 | 3,135.50 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Samantha R VanDyke<br>53 Watson Road<br>Mercer PA  16137<br><br>B/U:B1    Group:04    Level:05 | Personnel Number..... 00708568<br>Transportation Pyrl Area 3<br>Pay Period.. 11/06/2021 - 11/19/2021<br>Fed Tax Status: Married, Withhold at Higher<br>Fed Tax Allowances: 00    Period: 24/2021 |
|---|---|

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2021 | 927.01 = | 1,560.46 | + | 0.00 | - | 312.89 | - | 320.56 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.07 | 57.00 | 1,143.99 | 28,445.89 |
| Annual Leave Pay | 20.07 | 10.50 | 210.74 | 2,100.81 |
| Sick Leave Pay | | | | 1,563.89 |
| Sick Bereavement Leave | | | | 297.37 |
| Sick Family Leave | | | | 146.85 |
| Emergency Sick | | | | 1,298.70 |
| Holiday/Comp lieu Holiday | 20.07 | 7.50 | 150.52 | 1,318.80 |
| OT 1.0 | 20.07 | 0.50 | 10.04 | 173.58 |
| OT 1.5 | 30.11 | 1.50 | 45.17 | 1,228.43 |
| Total Gross | | | 1,560.46 | 36,574.32 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 135.41 | 3,174.35 |
| TX EE Social Security Tax | 92.34 | 2,163.14 |
| TX EE Medicare Tax | 21.60 | 505.90 |
| State        Pennsylvania | | |
| TX Withholding Tax | 45.72 | 1,071.17 |
| TX EE Unemployment Tax | 0.93 | 21.94 |
| Local        East Lackawannock Township | | |
| TX Withholding Tax | 14.89 | 348.86 |
| Local        Mercer Borough | | |
| TX Local Services Tax | 2.00 | 48.00 |
| EE Taxes | 312.89 | 7,333.36 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.63 | 879.31 |
| MED Buy Up/Base Cost | 33.57 | 805.68 |
| PAC - AFSCME AFL-CIO | 4.00 | 96.00 |
| St Emp Comb Appeal (SECA) | 2.00 | 48.00 |
| Disability Ins-Trustmark | 28.83 | 691.92 |
| Long Term Disability Ins | 7.82 | 187.36 |
| AFSCME - 13 Union Dues | 22.58 | 527.66 |
| Roth 457 | 39.01 | 881.87 |
| Full Cov Class A4/Cat 0 | 145.12 | 3,280.62 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Samantha R VanDyke                  |Personnel Number..... 00708568                    |
|53 Watson Road                      |Transportation Pyrl Area 3                        |
|Mercer PA  16137                    |Pay Period.. 11/20/2021 - 12/03/2021              |
|                                    |Fed Tax Status: Married, Withhold at Higher       |
|                                    |Fed Tax Allowances: 00   Period: 25/2021          |
|B/U:B1     Group:04    Level:05     |                                                  |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 12/17/2021 | 976.34 = | 1,635.73 | + | 0.00 | - | 329.95 | - | 329.44 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 20.07 | 52.50 | 1,053.68 | 29,499.57 |
| Annual Leave Pay | | | | 2,100.81 |
| Sick Leave Pay | 20.07 | 7.50 | 150.53 | 1,714.42 |
| Sick Bereavement Leave | | | | 297.37 |
| Sick Family Leave | | | | 146.85 |
| Emergency Sick | | | | 1,298.70 |
| Holiday/Comp lieu Holiday | 20.07 | 15.00 | 301.04 | 1,619.84 |
| OT 1.0 | 20.07 | 0.50 | 10.04 | 183.62 |
| OT 1.5 | 30.11 | 4.00 | 120.44 | 1,348.87 |
| Total Gross | | | 1,635.73 | 38,210.05 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 143.60 | 3,317.95 |
| TX EE Social Security Tax | 97.00 | 2,260.14 |
| TX EE Medicare Tax | 22.68 | 528.58 |
| State          Pennsylvania | | |
| TX Withholding Tax | 48.03 | 1,119.20 |
| TX EE Unemployment Tax | 0.99 | 22.93 |
| Local          East Lackawannock Township | | |
| TX Withholding Tax | 15.65 | 364.51 |
| Local          Mercer Borough | | |
| TX Local Services Tax | 2.00 | 50.00 |
| EE Taxes | 329.95 | 7,663.31 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 37.63 | 916.94 |
| MED Buy Up/Base Cost | 33.57 | 839.25 |
| PAC - AFSCME AFL-CIO | 4.00 | 100.00 |
| St Emp Comb Appeal (SECA) | 2.00 | 50.00 |
| Disability Ins-Trustmark | 28.83 | 720.75 |
| Long Term Disability Ins | 7.82 | 195.18 |
| AFSCME - 13 Union Dues | 22.58 | 550.24 |
| Roth 457 | 40.89 | 922.76 |
| Full Cov Class A4/Cat 0 | 152.12 | 3,432.74 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Samantha R VanDyke | Personnel Number..... 00708568 |
|---|---|
| 53 Watson Road | Transportation Pyrl Area 3 |
| Mercer PA  16137 | Pay Period.. 12/04/2021 - 12/17/2021 |
| | Fed Tax Status: Married, Withhold at Higher |
| | Fed Tax Allowances: 00   Period: 26/2021 |
| B/U:B1    Group:04    Level:05 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 12/30/2021 | 1,042.11    = | 1,736.09 | + | 0.00 | - | 352.69 | - | 341.29 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.07 | 75.00 | 1,505.25 | 31,004.82 |
| Annual Leave Pay | | | | 2,100.81 |
| Sick Leave Pay | | | | 1,714.42 |
| Sick Bereavement Leave | | | | 297.37 |
| Sick Family Leave | | | | 146.85 |
| Emergency Sick | | | | 1,298.70 |
| Holiday/Comp lieu Holiday | | | | 1,619.84 |
| OT 1.0 | 20.07 | 1.00 | 20.07 | 203.69 |
| OT 1.5 | 30.11 | 7.00 | 210.77 | 1,559.64 |
| Total Gross | | | 1,736.09 | 39,946.14 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 154.53 | 3,472.48 |
| TX EE Social Security Tax | 103.22 | 2,363.36 |
| TX EE Medicare Tax | 24.14 | 552.72 |
| State          Pennsylvania | | |
| TX Withholding Tax | 51.11 | 1,170.31 |
| TX EE Unemployment Tax | 1.04 | 23.97 |
| Local          East Lackawannock Township | | |
| TX Withholding Tax | 16.65 | 381.16 |
| Local          Mercer Borough | | |
| TX Local Services Tax | 2.00 | 52.00 |
| EE Taxes | 352.69 | 8,016.00 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 37.63 | 954.57 |
| MED Buy Up/Base Cost | 33.57 | 872.82 |
| PAC - AFSCME AFL-CIO | 4.00 | 104.00 |
| St Emp Comb Appeal (SECA) | 2.00 | 52.00 |
| Disability Ins-Trustmark | 28.83 | 749.58 |
| Long Term Disability Ins | 7.82 | 203.00 |
| AFSCME - 13 Union Dues | 22.58 | 572.82 |
| Roth 457 | 43.40 | 966.16 |
| Full Cov Class A4/Cat 0 | 161.46 | 3,594.20 |