# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Kevin E. Vandyke<br>Samantha Ruth VanDyke<br><br>Debtor(s) | Case No.: 22-10013 JCM<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 53 Watson Road, Mercer, PA  16137 and identified by account number *******0693.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  November 15, 2023                                POWERS KIRN, LLC

                                                                            By:  /s/ Jill Manuel-Coughlin_____
                                                                            Jill Manuel-Coughlin, Esq.; Atty ID #63252
                                                                            Harry B. Reese, Esq.; Atty ID #310501
                                                                            Karina Velter, Esq.; Atty ID #94781
                                                                            8 Neshaminy Interplex, Suite 215
                                                                            Trevose, PA  19053
                                                                            Phone: 215-942-2090; Fax 215-942-8661
                                                                            Email: bankruptcy@powerskirn.com
                                                                            Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Kevin E. Vandyke<br>Samantha Ruth VanDyke<br><br>Debtor(s) | Case No.: 22-10013 JCM<br><br>Chapter 13 |
|---|---|

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 15, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Ronda J. Winnecour
600 Grant Street, Suite 3250
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com
Trustee

Daniel P. Foster, Esquire
1210 Park Avenue
Meadville PA  16335
dan@mrdebtbuster.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Kevin E. Vandyke
53 Watson Road
Mercer PA  16137
Debtor

Samantha Ruth VanDyke
53 Watson Road
Mercer PA 16137
Debtor

Dated:  November 15, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: <u>bankruptcy@powerskirn.com</u>
Attorneys for Creditor/Movant