**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(ERIE)**

| | |
|---|---|
| IN RE: ) | |
| KEVIN E. VANDYKE, AND ) | CASE NO.: 22-10013-JCM |
| SAMANTHA RUTH VANDYYKE ) | CHAPTER 13 |
| ) | JUDGE JOHN C. MELARAGNO |
| DEBTORS. ) | |
| ) | |
| THE BANK OF NEW YORK MELLON F/K/A ) | |
| THE BANK OF NEW YORK AS INDENTURE ) | |
| TRUSTEE FOR CWHEQ REVOLVING ) | |
| HOME EQUITY LOAN TRUST, SERIES ) | |
| 2006-I AS SERVICER FOR NEWREZ LLC ) | |
| D/B/A SHELLPOINT MORTGAGE ) | |
| SERVICING ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| KEVIN E, VANDYKE AND SAMANTHA RUTH ) | |
| VANDYKE, DEBTORS AND ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2006-I as servicer For NewRez LLC D/B/A Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 29th day of August 2024

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 29th day of August 2024.

*DEBTORS*
KEVIN E. VANDYKE
SAMANTHA RUTH VANDYKE
53 WATSON ROAD
MERCER, PA 16137

*ATTORNEY FOR DEBTOR*
DANIEL P. FOSTER
FOSTER LAW OFFICES
1210 PARK AVENUE
MEADVILLE, PA 16335
DAN@MRDEBTBUSTER.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*